948

No. 78–6194.  HARRIES *v.* MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 78–6220.  PITTS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6222.  WARRINGTON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 78–6243.  SIMMS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6248.  PETERS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–6255.  PARSELLS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6271.  ZEIGLER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–6288.  BLACKBURN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–6291.  GOMEZ *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6293.  JOHNSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–6300.  FANNON ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–6315.  HODGES ET AL. *v.* GOVERNMENT OF THE CANAL ZONE.  C. A. 5th Cir.  Certiorari denied.

No. 78–6376.  LANTRIP *v.* ESTELLE, CORRECTIONS DIRECTOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–6381.  WARDEN *v.* KANSAS.  Sup. Ct. Kan.  Certiorari denied.